*D*

```
         FILED
CLERK, U.S. DISTRICT COURT

    NOV 30 2021

CENTRAL DISTRICT OF CALIFORNIA
BY                       DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 21-5431 MJ |
|---|---|---|
| Plaintiff, | ) | ORDER [OF DETENTION] [SETTING |
| v. | ) | CONDITIONS OF RELEASE] AFTER HEARING |
| Rosalin Rodriguez | ) | (18 U.S.C. § 3148(b): |
|  | ) | (Allegations of Violation of |
|  | ) | Pretrial Conditions of Release) |
| Defendant. | ) |  |

A.

On motion of the Government involving an alleged violation of conditions of pretrial release and warrant for arrest issued by [Judge Montenegro, SDCAL

B.

The court finds there is

(1)

    (A) ( ) Probable cause to believe that the defendant has committed a Federal, State, or local crime while on release; or

    (B) (✓) Clear and convincing evidence that the defendant has violated any other condition of release; and

1  (2)
2     (A)  (✓)  Based on the factors set forth in 18 U.S.C. § 3142(g),
3              there is no condition or combination of conditions of
4              release that will assure that the person will not flee or
5              pose a danger to the safety or any other person or the
6              community; or
7     (B)  ( )  The person is unlikely to abide by any condition or
8              combination of conditions of release.
9              and/or, in the event of (1)(A)
10 (3)    ( )  There is probable cause to believe that, while on
11             release, the defendant committed a Federal, State, or
12             local felony, and the presumption that no condition or
13             combination of conditions will assure that the person
14             will not pose a danger to the safety of any other person
15             or the community has not been rebutted.
16                                     or
17 (4)    ( )  The court finds that there are conditions of release that
18             will assure that the defendant will not flee or pose a
19             danger to the safety of any other person or the
20             community, and that the defendant will abide by such
21             conditions. <u>See</u> separate order setting conditions.
22        ( )  It is further ordered that this order is stayed for 72
23             hours in order to allow the Government to seek review
24             from the [assigned district judge] [criminal duty
25             district judge].
26                                     or

            C.

( ✓ )   IT IS ORDERED defendant be detained prior to trial.

DATED: 11/30/2021

PAUL L. ABRAMS
U.S. MAGISTRATE/~~DISTRICT JUDGE~~

[11/04]